**sm7796**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re **John Brandt**  Case No.

Debtor.  Chapter **7**

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor |
|---|---|
| Six months ago | $ **3096./4300.** |
| Five months ago | $ **3096./4300.** |
| Four months ago | $ **1564./2173.** |
| Three months ago | $ **3441./4735.** |
| Two months ago | $ **3193./4719.** |
| Last month | $ **3604./5239.** |
| Income from other sources | $ **3,000.00** |
| Total net income for six months preceding filing | $ **3,000.00** |
| **Average Monthly Net Income** | $ **500.00** |

Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: **4/30/2009**

**s/ John Brandt**
**John Brandt**
Debtor

CITIFINANCIAL
644 STEWART AVE
GARDEN CITY NY 11530


FORD MOTOR CREDIT
1 AMERICAN ROAD
DEARBORN, MI 48126

**sm7796**

**Form B1, Exhibit C**
**(9/01)**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **John Brandt**                                                Case No.:

                                                                        Chapter:   **7**

                        Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**