View Check History

**Pay Statement**  CRYSTAL MOTOR EXPRESS INC  Check #: 640260222
3 MELVIN STREET  Check Date: 4/9/2009
WAKEFIELD, MA 01880  Period Ending Date: 4/4/2009
Client: 10159A

| Division | Department | Emp.No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Status | Exem | Tax Block | Add% | Add$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 201 | 7525 | xxx-xx-xxxx | WEEKLY | HRLY | 20.0000 | FED |  | S | 3 |  | 0.0000 | 0.00 |
|  |  |  |  |  |  |  | STATE | Work: NJ Res:NY | S | 3 |  | 0.0000 | 0.00 |
|  |  |  |  |  |  |  | LOCAL |  |  | 0 |  | 0.0000 | 0.00 |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions ||| Voluntary Deductions |||
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Desc | Wages | Amount | YTD Amount | Desc | Scheduled Amount | Amount Taken | YTD Amount |
| REG HRS | 20.0000 | 45.00 | 900.00 | 628.50 | 12748.50 | Soc Sec | 820.50 | 50.87 | 953.96 | MEDICAL | 92.00 | 92.00 | 804.00 |
| OT HRS | 30.0000 | 0.75 | 22.50 | 105.50 | 3204.00 | Medicare | 820.50 | 11.89 | 223.10 | DENTAL | 10.00 | 10.00 | 90.00 |
| HOL HRS |  | 0.00 | 0.00 | 16.00 | 328.00 | Federal | 820.50 | 67.68 | 1920.38 |  |  |  |  |
|  |  |  |  |  |  | NJ St W/H | 922.50 | 21.12 | 500.96 |  |  |  |  |
|  |  |  |  |  |  | NJ UI/HC/WF | 922.50 | 3.92 | 69.19 |  |  |  |  |
|  |  |  |  |  |  | NJ Disability | 922.50 | 4.61 | 81.40 |  |  |  |  |
|  |  |  |  |  |  | NJ Family Leave Ins | 922.50 | 0.83 | 14.65 |  |  |  |  |
|  |  |  |  |  |  | NY St W/H | 820.50 | 14.31 | 262.18 |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| Current |  | 45.75 | 922.50 |  | 175.23 | 102.00 |
| YTD |  |  | 750.00 | 16280.50 | 4025.82 | 894.00 |

(NET INCLUDES DIRECT DEPOSITS)    Net Pay  646.27

**Accruals**

| Type | Accrued Amount | Taken Amount | Balance | Description | Value |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Other Payroll Information**

| Description | Value | Description | Value |
|---|---|---|---|
|  |  |  |  |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

Case 1:09-cv-04588-ess  Doc 144  Filed 04/30/09  Entered 05/04/09 12:15:25
04/30/2009   04:08   7819281995          CRYSTAL MOTOR EXP                PAGE 03/04

Ceridian HR/Payroll                                                       Page 1 of 1

View Check History

**Pay Statement**  CRYSTAL MOTOR EXPRESS INC  Check #: 640256939
3 MELVIN STREET  Check Date: 4/2/2009
Client: 10159A  WAKEFIELD, MA 01880  Period Ending Date: 3/28/2009

| Division | Department | Emp.No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Status | Exem | Tax Block | Add% | Add$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 201 | 7525 | xxx-xx-xxxx | WEEKLY | HRLY | 20.0000 | FED | | S | 3 | | 0.0000 | 0.00 |
| | | | | | | | STATE | Work: NJ Res:NY | S | 3 | | 0.0000 | 0.00 |
| | | | | | | | LOCAL | | | 0 | | 0.0000 | 0.00 |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions Desc | Wages | Amount | YTD Amount | Voluntary Deductions Desc | Scheduled Amount | Amount Taken | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG HRS | 20.0000 | 45.00 | 900.00 | 583.50 | 11848.50 | Soc Sec | 1221.00 | 75.70 | 903.09 | MEDICAL | 89.00 | 89.00 | 712.00 |
| OT HRS | 30.0000 | 14.00 | 420.00 | 104.75 | 3181.50 | Medicare | 1221.00 | 17.71 | 211.21 | DENTAL | 10.00 | 10.00 | 80.00 |
| HOL HRS | | 0.00 | 0.00 | 16.00 | 328.00 | Federal | 1221.00 | 159.18 | 1852.70 | | | | |
| | | | | | | NJ St W/H | 1320.00 | 45.37 | 479.84 | | | | |
| | | | | | | NJ UI/HC/WF | 1320.00 | 5.61 | 65.27 | | | | |
| | | | | | | NJ Disability | 1320.00 | 6.60 | 76.79 | | | | |
| | | | | | | NJ Family Leave Ins | 1320.00 | 1.19 | 13.82 | | | | |
| | | | | | | NY St W/H | 1221.00 | 17.50 | 247.87 | | | | |

| Current | | 59.00 | 1320.00 | | | | | 328.86 | | | | | 99.00 |
| YTD | | | | 704.25 | 15358.00 | | | 3850.59 | | | | | 792.00 |

(NET INCLUDES DIRECT DEPOSITS)   Net Pay 892.14

**Accruals**

| Type | Accrued Amount | Taken Amount | Balance | Description | Value |
|---|---|---|---|---|---|
| | | | | | |

**Other Payroll Information**

| Description | Value | Description | Value |
|---|---|---|---|
| | | | |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
| | | | | |

**Pay Statement**

Client: 10159A

CRYSTAL MOTOR EXPRESS INC
3 MELVIN STREET
WAKEFIELD, MA 01880

Check #: 640253139
Check Date: 03/26/2009
Period Ending Date: 03/21/2009

**CERIDIAN**

| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL | | S | 3 | | | |
| | | | | | | | STATE | Work: NJ  Res: NY | S | 3 | | | |
| | | | | | | | SUI STATE | NEW JERSEY | | | | | |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions ||| Voluntary Deductions |||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Desc | Wages | Amount | YTD Amount | Desc | Scheduled Amount | Amount Taken | YTD Amount |
| REG HRS | 20.0000 | 45.00 | 900.00 | 535.50 | 10948.50 | Soc Sec | 831.00 | 51.52 | 827.39 | MEDICAL | 89.00 | 89.00 | 623.00 |
| OT HRS | 30.0000 | 1.00 | 30.00 | 90.75 | 2761.50 | Medicare | 831.00 | 12.05 | 193.50 | DENTAL | 10.00 | 10.00 | 70.00 |
| HOL HRS | | | 0.00 | 16.00 | 328.00 | Federal | 831.00 | 69.26 | 1693.52 | | | | |
| | | | | | | NJ St W/H | 930.00 | 21.58 | 434.47 | | | | |
| | | | | | | NJ UI/HC/W | 930.00 | 3.96 | 59.66 | | | | |
| | | | | | | NJ Disability | 930.00 | 4.65 | 70.19 | | | | |
| | | | | | | NJ Family Le | 930.00 | 0.83 | 12.63 | | | | |
| | | | | | | NY St W/H | 831.00 | 14.57 | 230.37 | | | | |
| Current | | 46.00 | 930.00 | | | | | 178.41 | | | | 99.00 | |
| YTD | | | | 645.25 | 14038.00 | | | | 3521.73 | | | | 693.00 |

Net Pay: 652.59

**Other Payroll Information**

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 8.00 | | | | | | | | |
| SICK | 8.00 | | | | | | | | |
| PTO | 8 | | | | | | | | |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
| | | | | |

# TO SCOTT:

**Pay Statement**  
Client: 10159A

CRYSTAL MOTOR EXPRESS INC  
3 MELVIN STREET  
WAKEFIELD, MA 01880

Check #: 640240411  
Check Date: 02/26/2009  
Period Ending Date: 02/21/2009



| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL | | S | 3 | | | |
| | | | | | | | STATE | Work: NJ  Res: NY | S | 3 | | | |
| | | | | | | | SUI STATE | NEW JERSEY | | | | | |

John Brandt  
119.15 Rockaway Beach Blvd  
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions Desc | Wages | Amount | YTD Amount | Voluntary Deductions Desc | Scheduled Amount | Amount Taken | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG HRS | 20.0000 | 45.00 | 900.00 | 358.50 | 7348.50 | Soc Sec | 1268.50 | 78.64 | 562.71 | MEDICAL | 89.00 | 89.00 | 267.00 |
| OT HRS | 30.0000 | 10.25 | 307.50 | 55.25 | 1696.50 | Medicare | 1268.50 | 18.39 | 131.60 | DENTAL | 10.00 | 10.00 | 30.00 |
| HOL HRS | 20.0000 | 8.00 | 160.00 | 16.00 | 328.00 | Federal | 1268.50 | 181.31 | 1182.46 | | | | |
| | | | | | | NJ St W/H | 1367.50 | 48.26 | 290.52 | | | | |
| | | | | | | NJ UI/HC/W | 1367.50 | 5.82 | 39.84 | | | | |
| | | | | | | NJ Disability | 1367.50 | 6.84 | 46.87 | | | | |
| | | | | | | NJ Family Le | 1367.50 | 1.24 | 8.44 | | | | |
| | | | | | | NY St W/H | 1268.50 | 17.85 | 165.00 | | | | |
| Current | | 63.25 | 1367.50 | | | | | 358.35 | | | | 99.00 | |
| YTD | | | | 429.75 | 9373.00 | | | | 2427.44 | | | | 297.00 |

Net Pay 910.15

**Other Payroll Information**

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 8.00 | | | | | | | | |
| SICK | 8.00 | | | | | | | | |
| PTO | 8 | | | | | | | | |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|

### Pay Statement

**CRYSTAL MOTOR EXPRESS INC**
3 MELVIN STREET
WAKEFIELD, MA 01880

Client: 10159A

Check #: 640249866
Check Date: 03/19/2009
Period Ending Date: 03/14/2009


CERIDIAN

| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL | | S | 3 | | | |
| | | | | | | | STATE | Work: NJ  Res: NY | S | 3 | | | |
| | | | | | | | SJI STATE | NEW JERSEY | | | | | |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions |||| Voluntary Deductions |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Desc | Wages | Amount | YTD Amount | Desc | Scheduled Amount | Amount Taken | YTD Amount |
| REG HRS | 20.0000 | 45.00 | 900.00 | 493.50 | 10048.50 | Soc Sec | 1033.50 | 64.08 | 775.87 | MEDICAL | 89.00 | 89.00 | 534.00 |
| OT HRS | 30.0000 | 7.75 | 232.50 | 89.75 | 2731.50 | Medicare | 1033.50 | 14.98 | 181.45 | DENTAL | 10.00 | 10.00 | 60.00 |
| HOL HRS | | | 0.00 | 16.00 | 328.00 | Federal | 1033.50 | 112.31 | 1624.26 | | | | |
| | | | | | | NJ St W/H | 1132.50 | 33.93 | 412.89 | | | | |
| | | | | | | NJ UI/HC/W | 1132.50 | 4.81 | 55.71 | | | | |
| | | | | | | NJ Disability | 1132.50 | 5.66 | 65.54 | | | | |
| | | | | | | NJ Family Le | 1132.50 | 1.02 | 11.80 | | | | |
| | | | | | | NY SI W/H | 1033.50 | 16.09 | 215.80 | | | | |
| Current | | 52.75 | 1132.50 | | | | | 252.88 | | | | 99.00 | |
| YTD | | | | 599.25 | 13108.00 | | | | 3343.32 | | | | 594.00 |

Net Pay  780.62

**Other Payroll Information**

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 8.00 | | | | | | | | |
| SICK | 8.00 | | | | | | | | |
| PTO | 8 | | | | | | | | |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
| | | | | |

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian

**Pay Statement**

Client: 10159A

CRYSTAL MOTOR EXPRESS INC
3 MELVIN STREET
WAKEFIELD, MA 01880

Check #: 640247005
Check Date: 03/12/2009
Period Ending Date: 03/07/2009

**CERIDIAN**

| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL | | S | 5 | | | |
| | | | | | | | STATE | Work NJ   Res NY | S | 3 | | | |
| | | | | | | | SUI STATE | NEW JERSEY | | | | | |

John Brandt
119.16 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions Desc | Wages | Amount | YTD Amount | Voluntary Deductions Desc | Scheduled Amount | Amount Taken | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG HRS | 20.0000 | 45.00 | 900.00 | 448.50 | 9148.50 | Soc Sec | 1236.00 | 76.63 | 711.79 | MEDICAL | 89.00 | 89.00 | 445.00 |
| OT HRS | 30.0000 | 14.50 | 435.00 | 82.00 | 2499.00 | Medicare | 1236.00 | 17.92 | 166.47 | DENTAL | 10.00 | 10.00 | 50.00 |
| HOL HRS | | | 0.00 | 16.00 | 328.00 | Federal | 1236.00 | 173.18 | 1511.95 | | | | |
| | | | | | | NJ St W/H | 1335.00 | 46.28 | 378.96 | | | | |
| | | | | | | NJ UI/HC/W | 1335.00 | 5.68 | 50.90 | | | | |
| | | | | | | NJ Disability | 1335.00 | 6.68 | 59.88 | | | | |
| | | | | | | NJ Family Le | 1335.00 | 1.20 | 10.78 | | | | |
| | | | | | | NY St W/H | 1236.00 | 17.61 | 199.71 | | | | |
| Current | | 59.50 | 1335.00 | | | | | 345.18 | | | | 99.00 | |
| YTD | | | | 546.50 | 11975.50 | | | | 3090.44 | | | | 495.00 |

Net Pay 890.82

**Other Payroll Information**

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 8.00 | | | | | | | | |
| SICK | 8.00 | | | | | | | | |
| PTO | 8 | | | | | | | | |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
| | | | | |

Statement Of Earnings      Detach at perforation below and keep for your records.      A Payroll Service By Ceridian

## Pay Statement

**Client:** 10159A

CRYSTAL MOTOR EXPRESS INC
3 MELVIN STREET
WAKEFIELD, MA 01880

Check #: 640243528
Check Date: 03/05/2009
Period Ending Date: 02/28/2009


CERIDIAN

| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL |  | S | 3 |  |  |  |
|  |  |  |  |  |  |  | STATE | Work: NJ  Res: NY | S | 3 |  |  |  |
|  |  |  |  |  |  |  | SUI STATE | NEW JERSEY |  |  |  |  |  |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Desc | Wages | Amount | YTD Amount | Desc | Scheduled Amount | Amount Taken | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG HRS | 20.0000 | 45.00 | 900.00 | 403.50 | 8248.50 | Soc Sec | 1168.50 | 72.45 | 635.16 | MEDICAL | 89.00 | 89.00 | 356.00 |
| OT HRS | 30.0000 | 12.25 | 367.50 | 67.50 | 2064.00 | Medicare | 1168.50 | 16.95 | 148.55 | DENTAL | 10.00 | 10.00 | 40.00 |
| HOL HRS |  |  | 0.00 | 16.00 | 328.00 | Federal | 1168.50 | 156.31 | 1338.77 |  |  |  |  |
|  |  |  |  |  |  | NJ St W/H | 1267.50 | 42.16 | 332.68 |  |  |  |  |
|  |  |  |  |  |  | NJ UI/HC/W | 1267.50 | 5.38 | 45.22 |  |  |  |  |
|  |  |  |  |  |  | NJ Disability | 1267.50 | 6.33 | 53.20 |  |  |  |  |
|  |  |  |  |  |  | NJ Family Le | 1267.50 | 1.14 | 9.58 |  |  |  |  |
|  |  |  |  |  |  | NY St W/H | 1168.50 | 17.10 | 182.10 |  |  |  |  |
| Current |  | 57.25 | 1267.50 |  |  |  |  | 317.82 |  |  |  | 99.00 |  |
| YTD |  |  |  | 487.00 | 10640.50 |  |  |  | 2745.26 |  |  |  | 396.00 |

Net Pay: 850.68

### Other Payroll Information

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 8.00 |  |  |  |  |  |  |  |  |
| SICK | 8.00 |  |  |  |  |  |  |  |  |
| PTO | 8 |  |  |  |  |  |  |  |  |

### Direct Deposit

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

Statement of Earnings    Detach at perforation below and keep for your records    A Payroll Service By Ceridian

| Pay Statement | CRYSTAL MOTOR EXPRESS INC | Check #: 640237310 | CERIDIAN |
| --- | --- | --- | --- |
| Client: 10159A | 3 MELVIN STREET<br>WAKEFIELD, MA 01880 | Check Date: 02/19/2009<br>Period Ending Date: 02/14/2009 | |

| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL | | S | 3 | | | |
| | | | | | | | STATE | Work: NJ  Res: NY | S | 3 | | | |
| | | | | | | | SUI STATE | NEW JERSEY | | | | | |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions | | | | Voluntary Deductions | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Desc | Wages | Amount | YTD Amount | Desc | Scheduled Amount | Amount Taken | YTD Amount |
| REG HRS | 20.0000 | 45.00 | 900.00 | 313.50 | 6448.50 | Soc Sec | 921.00 | 57.11 | 484.07 | MEDICAL | 89.00 | 89.00 | 178.00 |
| OT HRS | 30.0000 | 4.00 | 120.00 | 45.00 | 1389.00 | Medicare | 921.00 | 13.36 | 113.21 | DENTAL | 10.00 | 10.00 | 20.00 |
| HOL HRS | | | 0.00 | 8.00 | 168.00 | Federal | 921.00 | 94.43 | 1001.15 | | | | |
| | | | | | | NJ St W/H | 1020.00 | 27.07 | 242.28 | | | | |
| | | | | | | NJ UI/HC/W | 1020.00 | 4.33 | 34.02 | | | | |
| | | | | | | NJ Disability | 1020.00 | 5.10 | 40.03 | | | | |
| | | | | | | NJ Family Le | 1020.00 | 0.91 | 7.20 | | | | |
| | | | | | | NY St W/H | 921.00 | 15.25 | 147.15 | | | | |
| Current | | 49.00 | 1020.00 | | | | | 217.56 | | | | 99.00 | |
| YTD | | | | 366.50 | 8005.50 | | | | 2069.09 | | | | 198.00 |
| | | | | | | | | | | | | Net Pay | 703.44 |

### Other Payroll Information

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| VAC | 8.00 | | | | | | | | |
| SICK | 8.00 | | | | | | | | |
| PTO | 8 | | | | | | | | |

### Direct Deposit

| Account Number | Account Type | Description | Status | Amount |
| --- | --- | --- | --- | --- |
| | | | | |

**Pay Statement**

Client: 10159A

CRYSTAL MOTOR EXPRESS INC
3 MELVIN STREET
WAKEFIELD, MA 01880

Check #: 640233785
Check Date: 02/12/2009
Period Ending Date: 02/07/2009



| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL |  | S | 3 |  |  |  |
|  |  |  |  |  |  |  | STATE | Work: NJ  Res NY | S | 3 |  |  |  |
|  |  |  |  |  |  |  | SUI STATE | NEW JERSEY |  |  |  |  |  |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions Desc | Wages | Amount | YTD Amount | Voluntary Deductions Desc | Scheduled Amount | Amount Taken | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG HRS | 20.0000 | 45.00 | 900.00 | 268.50 | 5548.50 | Soc Sec | 966.00 | 59.89 | 426.96 | MEDICAL | 89.00 | 89.00 | 89.00 |
| OT HRS | 30.0000 | 5.50 | 165.00 | 41.00 | 1269.00 | Medicare | 966.00 | 14.00 | 99.85 | DENTAL | 10.00 | 10.00 | 10.00 |
| HOL HRS |  |  | 0.00 | 8.00 | 168.00 | Federal | 966.00 | 105.68 | 906.72 |  |  |  |  |
|  |  |  |  |  |  | NJ St W/H | 1065.00 | 29.81 | 215.19 |  |  |  |  |
|  |  |  |  |  |  | NJ UI/HC/W | 1065.00 | 4.53 | 29.69 |  |  |  |  |
|  |  |  |  |  |  | NJ Disability | 1065.00 | 5.33 | 34.93 |  |  |  |  |
|  |  |  |  |  |  | NJ Family Le | 1065.00 | 0.96 | 6.29 |  |  |  |  |
|  |  |  |  |  |  | NY SI W/H | 966.00 | 15.59 | 131.90 |  |  |  |  |
| Current |  | 50.50 | 1065.00 |  |  |  |  | 235.79 |  |  |  | 99.00 |  |
| YTD |  |  |  | 317.50 | 6985.50 |  |  |  | 1851.53 |  |  |  | 99.00 |

Net Pay  730.21

**Other Payroll Information**

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 8.00 |  |  |  |  |  |  |  |  |
| SICK | 8.00 |  |  |  |  |  |  |  |  |
| PTD | 8 |  |  |  |  |  |  |  |  |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

**Pay Statement**

Client: 10159A

CRYSTAL MOTOR EXPRESS INC
3 MELVIN STREET
WAKEFIELD, MA 01880

Check #: 640230824
Check Date: 02/05/2009
Period Ending Date: 01/31/2009


CERIDIAN

| Division | Department | Emp. No. | SSN | Pay Freq | Type | Base Pay | Tax Type | Tax Jurisdiction | Stat | Exem | Tax Block | Add % | Add $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 201 | 7525 | XXX-XX-XXXX | WEEKLY | HRLY | 20.00000 | FEDERAL |  | S | 3 |  |  |  |
|  |  |  |  |  |  |  | STATE | Work: NJ  Res: NY | S | 3 |  |  |  |
|  |  |  |  |  |  |  | SUI STATE | NEW JERSEY |  |  |  |  |  |

John Brandt
119.15 Rockaway Beach Blvd
ROCKAWAY PARK, NY 11694

| Pay Type | Pay Rate | Hours (Units) | Gross Pay | YTD Hours (Units) | YTD Gross Pay | Tax Deductions ||| Voluntary Deductions ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Desc | Wages | Amount | YTD Amount | Desc | Scheduled Amount | Amount Taken | YTD Amount |
| REG HRS | 20.0000 | 45.00 | 900.00 | 223.50 | 4648.50 | Soc Sec | 1185.00 | 73.47 | 367.07 |  |  |  |  |
| OT HRS | 30.0000 | 9.50 | 285.00 | 35.50 | 1104.00 | Medicare | 1185.00 | 17.19 | 85.85 |  |  |  |  |
| HOL HRS |  |  | 0.00 | 8.00 | 168.00 | Federal | 1185.00 | 160.43 | 801.04 |  |  |  |  |
|  |  |  |  |  |  | NJ St W/H | 1185.00 | 37.13 | 185.38 |  |  |  |  |
|  |  |  |  |  |  | NJ UI/HC/W | 1185.00 | 5.03 | 25.15 |  |  |  |  |
|  |  |  |  |  |  | NJ Disability | 1185.00 | 5.92 | 29.60 |  |  |  |  |
|  |  |  |  |  |  | NJ Family Le | 1185.00 | 1.07 | 5.33 |  |  |  |  |
|  |  |  |  |  |  | NY St W/H | 1185.00 | 23.27 | 116.31 |  |  |  |  |
| Current |  | 54.50 | 1185.00 |  |  |  |  | 323.51 |  |  |  | 0.00 |  |
| YTD |  |  |  | 267.00 | 5920.50 |  |  |  | 1615.74 |  |  |  | 0.00 |

Net Pay 861.49

**Other Payroll Information**

| Description | Value | Description | Value | Description | Value | Description | Value | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 5.00 |  |  |  |  |  |  |  |  |
| SICK | 8.00 |  |  |  |  |  |  |  |  |
| PTO | 8 |  |  |  |  |  |  |  |  |

**Direct Deposit**

| Account Number | Account Type | Description | Status | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

Statement Of Earnings    Detach at perforation below and keep for your records    A Payroll Service By Ceridian